Russell D. Garrett, WSBA #18657
BULLIVANT HOUSER BAILEY PC
805 Broadway Street, Suite 400
Vancouver, Washington 98660-2962
Telephone: 360.693.2424
Facsimile: 360.695.8504

Chapter 7 Trustee

The Hon. Brian D. Lynch
Chapter: 7
Location: Vancouver, WA
Hearing Date: 10/26/10
Hearing Time: 9:00 a.m.
Response Date: 10/19/10

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

LANHAM, CHARLES HAYES, JR
LANHAM, JACQUELINE LOUISE,

Debtor(s)

Case No. 10-46632

AFFIDAVIT OF RUSSELL D. GARRETT IN SUPPORT OF MOTION TO DISMISS §707(a) FOR NON-COMPLIANCE WITH 11 USC §521, BR §§1007 AND 4002

I, Russell D. Garrett am the Chapter 7 Trustee in this case.

The Debtors did not provide the following required documents to be provided to me by September 8, 2010 until September 10, 2010:

1. A copy of the Federal income tax return or transcript,

2. Evidence of current income,

3. Statements for each of the Debtor(s) depository an investment accounts, including checking, savings and money market accounts,

4. Mutual funds and brokerage accounts for the time period that includes the time period that includes the date of filing of the Petition.

I cannot complete or even adequately review the case for a §341 Meeting until the Debtor(s) have produced the documents.

Page 1 – AFFIDAVIT OF TRUSTEE IN SUPPORT OF MOTION TO DISMISS §707(a) FOR NON-COMPLIANCE WITH 11 USC §521, BR §§1007 AND 4002

Bullivant|Houser|Bailey PC
805 Broadway Street
Suite 400
Vancouver, WA 98660-3310
Telephone: (360) 693-2424

As a consequence, I will/have continued the §341 Meeting to October 6, 2010.

I make this Affidavit in Support of the Motion to Dismiss §707(a) and §521(e)(2)(b) for non-compliance with 11 USC §521, BR §§1007 and 4002.

DATED this 16 day of Sept , 2010.

RUSSELL D. GARRETT, WSBA #18657
Trustee

Bullivant|Houser|Bailey PC
805 Broadway Street
Suite 400
Vancouver, WA 98660-3310
Telephone: (360) 693-2424